### BARNETT, administrator, *v.* HINES & TOOMEY.

LUMPKIN, P. J. The evidence in this case demanded the judgment rendered by the judge of the city court, and consequently there was no error in refusing to grant a motion for a new trial based exclusively upon the general grounds.

    *Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 22, 1902.

Complaint. Before Judge Toombs. City court of Washington. January 21, 1902.

*Colley & Sims*, for plaintiff.

*S. H. Hardeman* and *William Wynne*, for defendants.